IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:20CR524 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE REDRICK, et al., | ) | MOTION TO EXTEND PLEA DEADLINE |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes the United States of America, by and through its counsel, Bridget M.

Brennan, United States Attorney, and Matthew D. Simko, Assistant United States Attorney, and

moves this Court to extend the plea deadline currently set for December 13, 2021, for not less

than 45 days and to exclude any time between the filing of this motion and the new plea

deadline. The government and attorneys for the defendant have been, and continue to be,

diligently reviewing evidence and engaging in negotiations to resolve this case short of trial. The

government has contacted the attorneys for the defendants that have not already pleaded or set

for a change of plea hearing and all agree to this extension.

WHEREFORE, the United States respectfully moves this Court to extend the plea cut-off

deadline and exclude the time under the Speedy Trial Act.

Respectfully submitted,

BRIDGET M. BRENNAN
United States Attorney

By:    /s/ Matthew Simko
        Matthew Simko (OH: 0086787)
        Assistant United States Attorney
        Four Seagate, Suite 308
        Toledo, OH 43604
        Matthew.Simko@usdoj.gov